Michael G. Woods, # 058683-0
McCormick, Barstow, Sheppard
Wayte & Carruth LLP
P.O. Box 28912
5 River Park Place East
Fresno, CA  93720-1501
Telephone:     (559) 433-1300
Facsimile:      (559) 433-2300

Attorneys for Defendant
COUNTY OF FRESNO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT

| | |
|---|---|
| PAULA ANDERSON, | Case No. 1:05-CV-01325-AWI-LJO |
| Plaintiff, | **STIPULATION TO CONTINUE HEARING ON DEFENDANT'S MOTION TO DISMISS AND ORDER THEREON** |
| v. | |
| FRESNO COUNTY, HUMAN SERVICES SYSTEM,, | Action Filed: November 10, 2004<br>Hearing: November 28, 2005 |
| Defendant. | |

The parties, by and through their respective counsel, hereby agree to continue the hearing on Defendant's Motion to Dismiss, from November 28, 2005, at 1:30 p.m. in Department #3 to <u>Monday, December 12, 2005, at 1:30 p.m. in Department #3</u>.  Plaintiff's attorney has recently sent correspondence and attached documentation and requested that the hearing on Defendant's Motion to Dismiss be taken off calendar in accordance therewith.  Defense counsel, Michael G. Woods, is presently in trial in a matter before the Superior Court of California, County of Fresno, and has agreed to continue the hearing in order to allow time to review and respond to Plaintiff's attorney's request.

Dated: November  15, 2005                                    McCORMICK, BARSTOW, SHEPPARD
                                                                                            WAYTE & CARRUTH LLP


                                                                                  By:  /S/  Michael G. Woods

|   |   |
|---|---|
|   | Michael G. Woods<br>Attorneys for Defendant<br>COUNTY OF FRESNO |
| Dated: November 15, 2005 | By:  /S/   Benjamin Robinson<br>Benjamin Robinson,<br>Attorney for Plaintiff<br>PAULA ANDERSON |

## ORDER

Based on the stipulation of all parties hereto and good cause appearing therefore:

IT IS HEREBY ORDERED that the hearing on Defendant's Motion to Dismiss, presently set for November 28, 2005, at 1:30 p.m., be continued to Monday, December 12, 2005, at 1:30 p.m. in Department #3.

IT IS SO ORDERED.

**Dated:   November 18, 2005**          /s/ **Anthony W. Ishii**
0m8i78                                                           UNITED STATES DISTRICT JUDGE