UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| PAUL ANDERSON, | ) | CIV-F O5-1325 AWI LJO |
|         Plaintiff, | ) ) | ORDER VACATING HEARING DATE OF DECEMBER 12, 2005 AND TAKING |
| v. | ) ) | MATTER UNDER SUBMISSION |
| FRESNO COUNTY, HUMAN SERCICES SYSTEM | ) ) ) | |
|         Defendant, | ) ) | |

    Defendant Fresno County has made a motion to dismiss the complaint for failure to file suit within the applicable statute of limitations. The hearing for the motion was originally set for November 28, 2005 at 1:30 PM. By stipulation of the parties, the motion was reset for December 12, 2005 at 1:30 PM. Plaintiff has not filed an opposition as of December 5, 2005. Under Local Rule 28-230(c), any response was due no less than 14 days before the date of hearing. That deadline has passed, and Plaintiff is no longer entitled to be heard in opposition. The court has reviewed the papers and has determined that the motion is suitable for decision without oral argument. See Local Rule 78-230(h).

    Therefore, IT IS HEREBY ORDERED that the previously set hearing date of December 12, 2005, is VACATED, and no party shall appear at that time. As of December 12, 2005, the court will take the matter under submission and will thereafter issue its decision.

IT IS SO ORDERED.

**Dated:**   December 5, 2005                  /s/ Anthony W. Ishii

1 | 0m8i78                              UNITED STATES DISTRICT JUDGE
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28