1  **BENJAMIN ROBINSON** (SBN 107550)
   Attorney at Law
2  3435 Wilshire Boulevard
   Suite 1980
3  Los Angeles, CA.  90010

4  Telephone:  (213) 388-8822
   Facsimile:   (213) 388-8841

5  Attorney for Paula Anderson

6

7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11  PAULA ANDERSON,                          Case No.:  05-CV-01325-AWI-LJO
                              Plaintiff,
12                                                    STIPULATION OF PARTIES RE:
            vs.
13                                           1.  **AMENDMENT OF PLAINTIFF'S**
                                                 **COMPLAINT**
14  FRESNO COUNTY, HUMAN SERVICES            2.  **WITHDRAWAL OF DEFENDANT'S**
    SYSTEM,                                      **MOTION TO DISMISS**
15                                           3.  **DATE DEFENDANT IS TO FILE AN**
                                                 **ANSWER**
16                            Defendant.     4.  **UNAVAILABILITY OF PLAINTIFF'S**
                                                 **COUNSEL**
17
                                             **ORDER**
18

19

20

21          The parties to this action, by and through their undersigned counsel of record,

22  hereby stipulate and agree as follows:

23      1  To amend Plaintiff's Complaint page 7, line 3, paragraph 41 to read:  "On

24          August 12, 2004 (instead of August 11, 2004), the U.S. Department of

25          Justice's Notice of Right-to-Sue was received by Anderson. (copy attached)

26      2  Defendant agrees to withdraw its Motion to Dismiss For Failure To File

27          Complaint Within The Statute of Limitations.

28      3  Defendant shall have until December 18, 2005 to file an Answer.

4   Plaintiff's counsel is unavailable from December 16, 2005 to January 9, 2006.

**IT IS SO STIPULATED.**

Dated:  November 18, 2005                    BENJAMIN ROBINSON, ESQ.

     \S\ Benjamin Robinson
Benjamin Robinson
Attorney for Plaintiff
PAULA ANDERSON

Dated:  November  19, 2005                   MICHAEL G. WOODS, Esq.

     \S\  Michael G. Woods
Michael G. Woods
Attorney for Defendant
COUNTY OF FRESNO

**ORDER**

**IT IS SO ORDERED.**  (1) Page 7, line 3, paragraph 41 of Plaintiff's Complaint will be amended to read "On August 12, 2004, the U.S. Department of Justice's Notice of Right-to-Sue was received by Anderson. (copy attached).  (2) Defendant shall withdraw its Motion to Dismiss For Failure To File Complaint Within The Statute of Limitations.  (3) Defendant shall have until December 18, 2005 to file an Answer to the Complaint. (4) Plaintiff's counsel will be unavailable from December 16, 2005 to January 9, 2006.   (5) The hearing currently sent for December 12, 2005 is VACATED.

IT IS SO ORDERED.


**Dated:**    **December 7, 2005**                    **/s/ Anthony W. Ishii**

0m8i78                                    UNITED STATES DISTRICT JUDGE

3