# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAULA ANDERSON, | CASE NO. CV F 05-1325 AWI LJO |
| Plaintiff, | **ORDER TO SHOW CAUSE ON SANCTIONS** |
| vs. | |
| FRESNO COUNTY HUMAN SERVICES SYSTEM, | |
| Defendant. | |

This Court set an April 12, 2006 scheduling conference. Defendant County of Fresno ("defendant") appeared by counsel William Littlewood, McCormick, Barstow, Sheppard, Wayte & Carruth LLP. **Plaintiff Paula Anderson ("plaintiff") failed to appear.** After a call from Court staff and defense counsel had left the Court, plaintiff's counsel Benjamin Robinson ("Mr. Robinson") telephoned this Court and acknowledged his failure to appear.

On the basis of good cause, this Court ORDERS Mr. Robinson, no later than April 17, 2006, to show cause in writing why this Court should not impose sanctions on him and/or plaintiff, including but not limited to, defendant's costs for defense counsel's time to travel to and from and to appear on April 12, 2006. This Court further ORDERS defense counsel, no later than April 17, 2006, to file and serve his declaration to state defendant's costs for defense counsel's time to travel to and from and to appear on April 12, 2006. This Court will review the papers of the parties' counsel and issue appropriate orders.

IT IS SO ORDERED.

**Dated:   April 12, 2006**                               **/s/ Lawrence J. O'Neill**

1 | 66h44d                      UNITED STATES MAGISTRATE JUDGE