**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PAULA ANDERSON,<br><br>           Plaintiff,<br><br>     vs.<br><br>FRESNO COUNTY HUMAN<br>SERVICES SYSTEM,<br><br>           Defendant.<br>_____/ | CASE NO. CV F 05-1325 AWI LJO<br><br>**ORDER TO SET SCHEDULING<br>CONFERENCE AND TO IMPOSE SANCTION**<br><br>Date:  May 8, 2006<br>Time:  8:45 a.m.<br>Dept.:  8 (LJO) |

After Benjamin Robinson ("Mr. Robinson"), counsel for plaintiff Paula Anderson, failed to appear at the April 12, 2006 scheduling conference, this Court issued its April 12, 2006 order ("April 12 order") to require Mr. Robinson, no later than April 17, 2006, to show cause in writing why this Court should not impose sanctions on him and/or plaintiff, including but not limited to, defendant's costs for defense counsel's time to travel to and from and to appear on April 12, 2006. In response to the April 12 order, Mr. Robinson submitted his April 17, 2006 declaration to indicate that he experienced a death in his family and "inadvertently and mistakenly forgot to appear for the Scheduling Conference." Also in response to the April 12 order, defense counsel indicated that defendant County of Fresno incurred $245 in attorney fees to appear on April 12, 2006.

On the basis of good cause, this Court:

1. IMPOSES on Mr. Robinson a $245 sanction and ORDERS Mr. Robinson, no later than May 1, 2006, to pay defendant County of Fresno $245 for its attorney fees incurred on

1 April 12, 2006; and

2. RESETS the scheduling conference for May 8, 2006 at 8:45 a.m. in Department 8 (LJO). This Court encourages the parties' counsel to appear by telephone by arranging a one-line conference call and adding the Court at (559) 499-5680.

IT IS SO ORDERED.

**Dated:   April 18, 2006**            /s/ Lawrence J. O'Neill
66h44d                          UNITED STATES MAGISTRATE JUDGE