Michael G. Woods, # 058683-0
William H. Littlewood, # 202877
McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
P.O. Box 28912
5 River Park Place East
Fresno, CA 93720-1501
Telephone:  (559) 433-1300
Facsimile:  (559) 433-2300

Attorneys for Defendant
COUNTY OF FRESNO

(SPACE BELOW FOR FILING STAMP ONLY)

UNITED STATES DISTRICT COURT

EASTERN DISTRICT

| | |
|---|---|
| PAULA ANDERSON,<br><br>    Plaintiff,<br><br>v.<br><br>FRESNO COUNTY, HUMAN SERVICES SYSTEM,<br><br>    Defendant. | Case No. 1:05-cv-1325-LJO-NEW (TAG)<br><br>▬▬▬▬▬ ORDER GRANTING MOTION TO COMPEL RESPONSES TO SPECIAL INTERROGATORIES AND REQUEST FOR PRODUCTION OF DOCUMENTS AND FURTHER GRANTING REQUEST FOR SANCTIONS<br><br>(DOC. 25) |

      The matter of Defendant COUNTY OF FRESNO'S (erroneously sued herein as FRESNO COUNTY HUMAN SERVICES SYSTEM) Motion to Compel Responses to Special Interrogatories and Request for Production of Documents, Request for Sanctions (Doc.25), came on regularly for telephonic hearing on April 16, 2007, at 9:30 a.m. before the Honorable Theresa A. Goldner. William H. Littlewood of McCormick, Barstow, Sheppard, Wayte & Carruth appeared telephonically on behalf of the Defendant. No appearance was made by, or on behalf of, Plaintiff Paula Anderson. After reviewing the papers on file with the Court and the matter having been submitted by Counsel for Defendant at the hearing thereon, and good cause appearing therefor, the Court made the following ruling:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

1. Defendants' Motion to Compel Responses to Special Interrogatories and Request for Production of Documents is GRANTED.

2. Plaintiff is ORDERED to provide full and complete responses, without objections (objections having been found to be waived), to Set One of Defendant's Special Interrogatories within fifteen (15) calendar days from the date of this Order.

3. Plaintiff is ORDERED to provide full and complete responses, without objections (objections having been found to be waived), to Set One of Defendant's Request for Production of Documents within fifteen (15) calendar days from the date of this Order. Plaintiff is further ORDERED to produce all documents responsive to Set One of Defendant's Request for Production of Documents within fifteen (15) calendar days from the date of this Order.

4. Plaintiff is ORDERED to pay sanctions to Defendant in the amount of $612.50, which amount is found to be reasonable, within thirty (30) calendar days from the date of this Order.

5. Failure to fully comply with this Order may result in the recommendation by this Court that further sanctions issue, including without limitation, the possible recommendation of terminating, evidentiary or issue sanctions, the striking of Plaintiff's Complaint, entry of judgment in favor of Defendant and against Plaintiff, and/or other sanctions pursuant to Rule 37 *and Local Rule 11-110* that this Court may, in its discretion, deem appropriate.

DATED: April _16_, 2007

_Theresa A. Goldner_
The Hon. Theresa A. Goldner
United States Magistrate Judge

29253/00157-1084343.v1

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
5 RIVER PARK PLACE EAST
FRESNO, CA 93720-1501