Michael G. Woods, # 058683-0
William H. Littlewood, # 202877
McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
P.O. Box 28912
5 River Park Place East
Fresno, CA  93720-1501
Telephone:  (559) 433-1300
Facsimile:   (559) 433-2300

Attorneys for Defendant
COUNTY OF FRESNO

**(SPACE BELOW FOR FILING STAMP ONLY)**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT

| | |
|---|---|
| PAULA ANDERSON,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>FRESNO COUNTY, HUMAN SERVICES SYSTEM,<br><br>　　　　　Defendant. | Case No.  1:05-CV-01325-LJO-NEW(TAG)<br><br>**ORDER ON STIPULATION TO AMEND SCHEDULING**<br><br>**Disc. Cutoff:**　　　September 7, 2007<br><br>**Dispositive Law and**<br>**Motion Filing Deadline:**　September 28, 2007<br><br>**Dispositive Law and**<br>**Motion Hearing Deadline:** November 12, 2007<br><br>**Pretrial Conference:**　　December 3, 2007<br>　　　　　　　　　　　　8:30 a.m.<br>　　　　　　　　　　　　Dept. 4 (LJO)<br><br>**Trial:**　　　　　　　　January 28, 2008<br>　　　　　　　　　　　　9:00 a.m.<br>　　　　　　　　　　　　Dept. 4 (LJO)<br><br>Action Filed: November 10, 2004 |

　　　　In light of the Stipulation of the Parties, and good cause appearing thereof, it is hereby ORDERED, ADJUDGED AND DECREED THAT:

　　　　1.　　The discovery cutoff be extended for the limited purpose of taking and completing

the depositions of Paula Anderson, Barbara Ruiz, Sandra Arekalian, Connie Woodman and the possible deposition of the person most qualified at the County of Fresno from April 20, 2007 to September 7, 2007;

    2.    That the dispositive motion filing deadline be continued from July 18, 2007, to September 28, 2007;

    4.    That a dispositive motion hearing deadline be set for November 12, 2007;

    5.    That the pretrial conference date be continued from September 12, 2007 to December 3, 2007 at 8:30 a.m. in Courtroom 4;

    6.    That the trial date be continued from October 22, 2007 to January 28, 2008 at 9:00 a.m. in Courtroom 4.

IT IS SO ORDERED.

Dated:   **August 7, 2007**          **/s/ Lawrence J. O'Neill**
        UNITED STATES DISTRICT JUDGE