IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAULA ANDERSON, | CASE NO. CV F 05-1325 LJO GSA |
| Plaintiff, | **ORDER ON PLAINTIFF'S *EX PARTE* REQUEST FOR AN EXTENSION OF TIME** |
| vs. | |
| FRESNO COUNTY HUMAN SERVICES SYSTEM, | |
| Defendant. | |

This Court has received and reviewed plaintiff's *ex parte* request for a short extension of time to file her opposition to the motion for summary judgment currently pending before this Court. The grounds for the request is the failure of plaintiff's counsel's computer. Counsel has submitted an declaration delineating the problem and his attempt to correct the problem.

For good cause shown, the Court GRANTS the application for a brief extension of time to and including November 8, 2007 for plaintiff to file her opposition to the motion. This is plaintiff's second extension of time. No further extension will be granted. Defendant shall have to and including November 15, 2007 to file any reply. The hearing on the motion for summary judgment is CONTINUED to November 21, 2007 at 8:15 a.m. Counsel may appear at the hearing by arranging a

/////

/////

/////

1 one line conference call and telephoning the Court at 559-499-5680. The Pretrial Conference is
2 CONTINUED from December 3, 2007 to December 10, 2007 at 8:30 a.m. Counsel also may appear by
3 phone for the pretrial conference.
4 IT IS SO ORDERED.
5 **Dated:   November 7, 2007**              **/s/ Lawrence J. O'Neill**
                                              UNITED STATES DISTRICT JUDGE