# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAULA ANDERSON, | CASE NO. CV F 05-1325 LJO GSA |
| Plaintiff, | **ORDER ON EX PARTE** |
| vs. | **REQUEST FOR AN EXTENSION OF TIME** |
| FRESNO COUNTY HUMAN SERVICES SYSTEM, | |
| Defendant. / | |

Upon ex parte application submitted by Defendant COUNTY OF FRESNO, and good cause appearing, an extension of time is granted to and including Tuesday, November 20, 2007, to file Defendant's reply papers in support of Defendant's Motion for Summary Judgment, or in the Alternative, Motion for Partial Summary Judgment.

The hearing on the motion set for November 21, 2007 is VACATED. The Court will reset oral argument should the Court determine that argument is necessary after a review of the parties' papers.

IT IS SO ORDERED.

**Dated:   November 14, 2007**        /s/ Lawrence J. O'Neill
                                                    UNITED STATES DISTRICT JUDGE

1